UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Kristi Lankford | Case No.: |
| Plaintiff | **COMPLAINT** |
| v. | |
| The Guardian Life Insurance Company of America | |
| Defendant | |

Plaintiff, Kristi Lankford, for her Complaint against The Guardian Life Insurance Company of America ("Guardian") states as follows:

1. Plaintiff is an individual who resides in Theodore, Alabama and who is or was a participant in a long-term disability plan (the "Plan") sponsored by her former employer ("Sponsor").

2. The Plan is funded through a group short-term disability insurance policy Guardian sold Sponsor (the "Policy").

3. Guardian is a foreign company and, upon information and belief, has offices in Portland, Maine.

4. Guardian serves as the claims administrator of the Plan for purposes of benefit determinations made pursuant to the Policy.

5. Plaintiff brings this action to recover benefits under the Plan and Policy.

6. Plaintiff brings this action under the Employee Retirement Income Security Act ("ERISA") 502(a)(1)(B) and to recover benefits under the Plan and Policy. This Court has

subject matter jurisdiction over this action, and it may assert personal jurisdiction over Guardian because, per ERISA 502(e), Guardian is located in this District.

## Claim for Relief

7. The Policy provides that Guardian will pay short term disability benefits to participants who are participants under the Plan.

8. Under the Policy, disability is defined as follows:

You are disabled when Unum determines that:

"Disability" or "Disabled", with respect to Long Term Disability means:
1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.
"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

9. Plaintiff stopped working on August 24, 2022, due various conditions.

10. Plaintiff became disabled under the policy on or about August 24, 2022.

11. Plaintiff filed a claims for short long-term disability benefits as well as Life Waiver of Premium ("LWOP") Benefits.

12. Guardian approved Plaintiff's claim and paid it for some time, then denied the claim based upon a lack of proof of disability.

13. Plaintiff appealed that determination.

14. Guardian upheld its adverse benefit determination.

15. Plaintiff is entitled to a judgment against Guardian, in the amount of the unpaid long term disability benefits under the Policy and Plan.

16. Plaintiff is also entitled to prejudgment interest and an award of attorney's fees in an amount to be proven.

WHEREFORE, Plaintiff requests the Court grant him the following relief from Defendant:

    a. A judgment in the amount of all benefits due under the Plan/Policy plus prejudgment interest;

    b. An order reinstating her benefits and ordering that they be paid through coverage under the Plan and Policy.

    c. Plaintiff's costs and attorney's fees; and

    d. All other relief the Court may deem proper.

Dated: October 23, 2023

/s/ Andrew S. Davis
Andrew S. Davis
DAVIS LAW LLC
PO Box 17887
Portland, Maine 04011
andrew@erisabenefitlawyer.com